IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **23-12095-B**

Isaac Industries, Inc.

Plaintiff-Appellee

- versus -

Bariven, S.A., et al.

Defendants-Appellants

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-CV-23113-RNS

**APPELLANTS'** *UNOPPOSED* **MOTION
FOR EXTENSION OF TIME TO FILE INITIAL BRIEFING**

Jaime A. Bianchi
Veronica Gordon
White & Case LLP
200 S Biscayne Blvd.
Miami, FL 33131
jbianchi@whitecase.com
vgordon@whitecase.com
(305) 371-2700

Claire A. DeLelle
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C., 20005
claire.delelle@whitecase.com
(202) 626-3600

*Counsel for Appellants Petroquímica de Venezuela, S.A. and Bariven, S.A.*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1, Appellants Petroquímica de Venezuela, S.A. ("Pequiven") and Bariven, S.A. certify the following individuals and parties may have an interest in the outcome of this appeal. The below listed individuals and parties are the same as those reflected in Appellee's certificate of interested persons, filed on July 28, 2023.

1. Avan, David (President of Appellee, Isaac Industries, Inc.)

2. Avan, Molly (Vice President of Appellee, Isaac Industries, Inc.)

3. Avan, Rachel (Director of Appellee, Isaac Industries, Inc.)

4. Bariven, S.A. (Appellant)

5. Becerra, the Honorable Jacqueline (United States Magistrate Judge)

6. Bellorin Gonzalez, Jesus Eduardo (Sole Administrator of Pequiven)

7. Bianchi, Jaime (Counsel for Appellants)

8. Blasi, Fernando (Member of CAPA)

9. Boscán Prieto, Exeario Darío (Member of the Ad Hoc Administrative Board of Petróleos de Venezuela, S.A.)

10. Cárdenas, Julián (Member of the Ad Hoc Administrative Board of Petróleos de Venezuela, S.A.)

11. Council for the Management and Protection of Assets of the Republic of Venezuela (Consejo de Administración y Protección de Activos de la República de Venezuela) ("CAPA")

12. DeLelle, Claire (Counsel for Appellants)

13. Goicoechea, Yon (Member of CAPA)

14. Goodman, the Honorable Jonathan (United States Magistrate Judge)

15. Gordon, Veronica (Counsel for Appellants)

16. Gourlis, Charles (Counsel for Appellee)

17. Grossbaum, Daniel (Counsel for Appellants)

18. Hogan Lovells US LLP (Former Counsel for Appellants)

19. Isaac Industries, Inc. (Appellee)

20. King, the Honorable James Lawrence (United States District Court Judge)

21. Leto, Matthew (Counsel for Appellee)

22. Leto Law Firm (Counsel for Appellee)

23. Linares, Javier (Member of the Ad Hoc Administrative Board of Petróleos de Venezuela, S.A.)

24. Lindsay, Alvin F., III (Former Counsel for Appellants)

25. Lorenzo, Richard C. (Former Counsel for Appellants)

26. Marcano, Gustavo (Coordinator of CAPA)

27. Medina, Horacio (Chairman of the Ad Hoc Administrative Board of Petróleos de Venezuela, S.A.)

28. Millan, Carlos (Member of CAPA)

29. Petroquímica de Venezuela, S.A. (Appellant)

30. Prada, Ricardo (Member of the Ad Hoc Administrative Board of Petróleos de Venezuela, S.A.)

31. Ribeiro, Rafael Rodrigues (Former Counsel for Appellants)

32. Sanchez, Alejandra (Counsel for Appellants)

33. Sanchez-Roig, Adrian Reinaldo (Former Counsel for Appellants)

34. Scola, the Honorable Robert N. (United States District Court Judge)

35. Uzcategui, Rene (Member of CAPA)

36. White & Case LLP (Counsel for Appellant)

Appellant Pequiven further submits that it is wholly owned by the Bolivarian Republic of Venezuela, and therefore is not a subsidiary or affiliate of a publicly-held corporation. Bariven submits that it is wholly owned by Petróleos de Venezuela, S.A., which in turn is wholly owned by the Bolivarian Republic of

Venezuela.  No publicly traded company or corporation has a financial interest in the outcome of this case or appeal.

          /s/ *Claire A. DeLelle*
          Claire A. DeLelle

*Isaac Industries, Inc. v. Bariven S.A.*                                    Case No. 23-12095-B

# APPELLANTS' *UNOPPOSED* MOTION
# FOR EXTENSION OF TIME TO FILE INITIAL BRIEFING

Pursuant to Federal Rule of Appellate Procedure 26(b) and Eleventh Circuit Local Rule 31-2(d), Appellants Petroquímica de Venezuela, S.A. ("Pequiven") and Bariven, S.A. request a 30-day extension of time to file their initial briefing. Counsel for Appellee, Isaac Industries, Inc., does not oppose the relief sought herein. In support of their motion, Appellants state as follows:

1.      This appeal was docketed on June 26, 2023. Appellants' initial briefing was originally due on August 7, 2023.

2.      Appellants sought and obtained a 30-day extension of time to file their initial briefing. *See* D.E. 14. Appellants' current deadline is therefore September 6, 2023.

3.      Counsel for Appellants requires additional time to prepare and submit their briefing for several reasons. First, Appellants' counsel serves as counsel for Pequiven in another appeal pending before the Court and its response brief is due on the same date as Appellants' initial briefing in this case. *See Comparelli v. Republica Bolivariana de Venezuela*, No. 23-10633 (11th Cir.). Second, the issues in both matters are complex and counsel requests time to dedicate the time and resources each case requires. In addition to these competing deadlines, counsel for

Appellants also has an argument in *Refineria di Korsou N.V. v. Petróleos de Venezuela, S.A.*, No. N23J-01330 (Del. Sup. Ct.) on September 8, 2023.

4. For these reasons, Appellants request a 30-day extension of time until October 6, 2023, to file their initial briefing. Appellee does not oppose Appellants' request.

5. The instant motion is sought in good faith and for good cause, not for the purpose of delay. No prejudice will result from granting the unopposed relief requested here.

WHEREFORE, Appellants Pequiven and Bariven respectfully request a 30-day extension of time, up to and including October 6, 2023, to file and serve their initial briefing.

Dated:  August 1, 2023

Respectfully submitted,

By: /s/ *Claire A. DeLelle*
Claire A. DeLelle
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C., 20005
claire.delelle@whitecase.com
(202) 626-3600

Jaime A. Bianchi
Veronica Gordon
White & Case LLP
200 S Biscayne Blvd.
Miami, FL 33131
jbianchi@whitecase.com
vgordon@whitecase.com
(305) 371-2700

*Counsel for Petroquímica de Venezuela, S.A. & Bariven, S.A.*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27(d) and 32(a)(5) and (6) because it contains 306 words, excluding parts of the motion exempted by Rule 27(a)(2)(B), and has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

                                        /s/ *Claire A. DeLelle*
                                      Claire A. DeLelle

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of August 2023, the foregoing was electronically filed through this Court's CM/ECF system and a copy was electronically served through the CM/ECF system on all registered counsel of record.

                                /s/ *Claire A. DeLelle*
                                Claire A. DeLelle